JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RAPHAEL RAYFORD, | ) | Case No.  CV 07-06981 GPS (AN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| R.K. WONG (CDW), | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Order.

DATED: 1/14, 2008

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE